# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02392-RJD-VVP
# Internal Use Only

Horowitz et al v. Davol, Inc. et al
Assigned to: Chief Judge Raymond J. Dearie
Referred to: Magistrate-Judge Viktor V. Pohorelsky
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/13/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Florence Horowitz** represented by **Michael A London**
Douglas & London
111 John Street, 8th Floor
New York, NY 10038
212-931-9980
Fax: 212-931-9979
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnold Horowitz** represented by **Michael A London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Ann Babcock**
*Individually and on behalf of all others similarly situated*
represented by **Michael A London**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
420 Lexington Avenue
Suite 2320
New York, NY 10170
(212)808-2706
Fax: (866)738-9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. $ 350, filed by Florence Horowitz, Arnold Horowitz, Ruth Ann Babcock. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 06/15/2007) |
| 06/13/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (Davis, Kimberly) (Entered: 06/15/2007) |
| 06/25/2007 | 2 | Movant Montiel's Eighth Notice of Tag-Along Action filed in MDL 1842. (Chee, Alvin) (Entered: 06/27/2007) |
| 07/16/2007 | 3 | ANSWER to Complaint by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 07/16/2007) |
| 07/16/2007 | 4 | DISCLOSURE of Interested Parties by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 07/16/2007) |
| 08/13/2007 | 5 | Letter dated 8/3/07 from the Judicial Panel on Multidistrict Litigation to David DiMarzio, Clerk of Court District of Rhode Island, enclosing a certified copy of a conditional transfer order filed by the Panel on 7/18/07. (Chee, Alvin) (Entered: 08/13/2007) |